**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LAURA MANNING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:06cv464 |
| | § | |
| CONDOLEEZA RICE, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 14, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Condoleeza Rice's Motion to Dismiss (Dkt. 29) and Defendant Rice's Supplemental Motion to Dismiss (Dkt. 45) be GRANTED and that Plaintiff's claims in this suit be dismissed for lack of jurisdiction.

The Court has made a *de novo* review of the objections raised by Plaintiff. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court, and Defendant Condoleeza Rice's Motion to Dismiss (Dkt. 29) and Defendant Rice's Supplemental Motion to Dismiss (Dkt.

45) are GRANTED, and Plaintiff's claims in this suit are dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of May, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE